# Andover USD 385
## 2023-24 District Calendar

### 2023

**July**

| M | T | W | T | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 | | | | |

**August**

| M | T | W | T | F |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | 31 | |

**September**

| M | T | W | T | F |
|---|---|---|---|---|
| | | | | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

**October**

| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 | | | |

**November**

| M | T | W | T | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | |

**December**

| M | T | W | T | F |
|---|---|---|---|---|
| | | | | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

### 2024

**January**

| M | T | W | T | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

**February**

| M | T | W | T | F |
|---|---|---|---|---|
| | | | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | |

**March**

| M | T | W | T | F |
|---|---|---|---|---|
| | | | | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

**April**

| M | T | W | T | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | | | |

**May**

| M | T | W | T | F |
|---|---|---|---|---|
| | | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | 31 |

**June**

| M | T | W | T | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |

**Legend:**
- School not in session
- All schools closed - Teacher professional learning
- All schools closed - Teacher flex work day
- All schools closed - Conference credit day
- All schools closed - Parent/Teacher daytime conferences
- Registration begins
- End of Quarter

This calendar may be altered at the discretion of the Board of Education and/or the administration. The policies of the Board of Education of USD 385 prohibit discrimination on the basis of race, color, national origin, disability, religion and sex in all programs and activities of the district. Additionally, discrimination on the basis of age is prohibited in employment. Equal Opportunity Employer.    **Adopted by the Board of Education 12/12/2022.**

---

**July**
- 18 — Online registration begins

**August**
- 2-3 — New teachers report
- 4 — Flex work day
- 7 — All teachers report
- 10 — First day, grades 1-6, 9 and new students to USD 385 in grades 7-8 and 10-12
- 11 — First day, grades 7-8 and 10-12
- 15 — First day, kindergarten, Pre-K and Early Learning

**September**
- 1 — Professional learning day
- 4 — Labor Day
- 25 — Professional learning day

**October**
- 11 — End of first quarter
- 12 — All schools closed; parent/teacher conferences
- 13 — Morning flex work day

**November**
- 6 — Professional learning day
- 20-24 — Thanksgiving break

**December**
- 20 — End of second quarter; dismiss two hours early
- 21 — Morning flex work day
- 22-Jan 2 — Holiday break

**January**
- 3 — Professional learning day
- 15 — Martin Luther King, Jr. Day

**February**
- 16 — Professional learning day
- 19 — Conference credit day

**March**
- 7 — End of third quarter
- 8 — Morning flex work day
- 11-15 — Spring break
- 29 — Professional learning day

**April**
- 22 — Professional learning day

**May**
- 9 — eCademy graduation
- 12 — AHS and ACHS graduations
- 22 — Last day for students; dismiss two hours early
- 23 — Morning flex work day
- 27 — Memorial Day

1st quarter: 42 student days
2nd quarter: 42 student days
3rd quarter: 43 student days
4th quarter: 46 student days